Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
Scott M. Johnson (SBN 287182)
SJohnson@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff Michael Coyne

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL COYNE**,<br><br>             Plaintiff,<br><br>     v.<br><br>**CITIBANK, N.A.**,<br><br>             Defendant. | Case No.: 5:17-cv-06174-NC<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT CITIBANK, N.A. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Michael Coyne and defendant Citibank, N.A., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Citibank, N.A. from this action upon finalization.

 

                                                       **Sagaria Law, P.C.**

Dated:   January 17, 2018          By:     /s/ *Elliot Gale*
                                                           Elliot Gale
                                                           Attorneys for Plaintiff